```
___ FILED            ___ RECEIVED
___ ENTERED          ___ SERVED ON
                     COUNSEL/PARTIES OF RECORD

        MAR - 6 2018

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

John Finken and Karen Finken, et al.  )  Case #2:18-cv-00298
)
)
Plaintiff(s),  )  **VERIFIED PETITION FOR**
)  **PERMISSION TO PRACTICE**
vs.  )  **IN THIS CASE ONLY BY**
Keller Williams Realty, Inc., a Texas  )  **ATTORNEY NOT ADMITTED**
corporation,  )  **TO THE BAR OF THIS COURT**
)  **AND DESIGNATION OF**
)  **LOCAL COUNSEL**
Defendant(s).  )
)  FILING FEE IS $250.00

_____Steven Woodrow_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Woodrow & Peluso, LLC_____
(firm name)

with offices at _____3900 E. Mexico Ave., Suite 300_____,
(street address)

___Denver___, ___Colorado___, ___80210___,
(city)        (state)         (zip code)

___720-213-0675___, ___swoodrow@woodrowpeluso.com___ .
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___John Finken and Karen Finken___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  5/11/2011 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached Addendum A | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

Doc ID: f978ccc563ad6d1e53f57e8ca3fa337c585ca2ce

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> Colorado Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/22/2017 | 2:17-cv-02600 | USDC - Dist. of Nevada | Granted |
|  |  |  | Denied |
|  |  |  | Denied |
|  |  |  | Denied |
|  |  |  | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Colorado

COUNTY OF Denver

Steven L. Woodrow, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

21st day of February, 2018.

_____
Notary Public or Clerk of Court

```
LAURA R. MONTES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164006991
COMMISSION EXPIRES FEB. 22, 2020
```

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Marc P. Cook___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

517 S. 9th Street
(street address)

Las Vegas , Nevada , 89101
(city)           (state)       (zip code)

702-737-7702 , mcook@bckltd.com
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Marc P. Cook_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*John Finken*
(party's signature)

John Finken, Plaintiff
(type or print party name, title)

*Karen Finken*
(party's signature)

Karen Finken, Plaintiff
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4574                    mcook@bckltd.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

Doc ID: f978ccc563ad6d1e53f57e8ca3fa337c585ca2ce

## ADDENDUM A TO WOODROW PRO HAC VICE APPLICATION

Steven L. Woodrow and has been admitted to the following Courts. Mr. Woodrow is active and in good standing in all such Courts.

| Title of Court | Date of Admission |
| --- | --- |
| Supreme Court of Illinois (Bar # 6286718) | 11/10/2005 |
| U.S. Court of Appeals for the Seventh Circuit | 3/28/2011 |
| U.S. Court of Appeals for the Ninth Circuit | 9/19/2012 |
| U.S. District Court for the District of Colorado | 9/7/2011 |
| U.S. District Court for the Northern District of Illinois | 1/12/2006 |
| U.S. District Court for the Eastern District of Michigan | 6/30/2010 |
| U.S. District Court for the Western District of Michigan | 4/8/2013 |
| U.S. District Court for the District of New Mexico | 6/20/2016 |
| U.S. District Court for the Western District of Wisconsin | 6/15/2016 |



## State of Colorado

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Steven L. Woodrow__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __11th__ day of __May__ A. D. __2011__ and that at the date hereof the said __Steven L. Woodrow__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __12th__ day of __February__ A. D. __2018__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk

Doc ID: f978ccc563ad6d1e53f57e8ca3fa337c585ca2ce

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Steven Lezell Woodrow

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 28th day of February, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois