**HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON**
MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
(775) 851-8700

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN FINKEN AND KAREN FINKEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC.<br><br>Defendant. | Case No. 2:18-cv-00298-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT, KELLER WILLIAMS REALTY INC'S TIME IN WHICH TO FILE AN OPPOSITION TO JOHN FINKEN AND KAREN FINKEN'S CLASS ACTION COMPLAINT** |

COMES NOW, PLAINTIFFS, JOHN FINKEN and KAREN FINKEN (collectively hereinafter, collectively "Plaintiffs") by and through their attorney of record, PATRICK PELUSO, ESQ., of WOODROW & PELUSO, LLC, and KELLER WILLIAMS REALTY, INC. by and through their attorney of record, MICHAEL R. AYERS, ESQ. of HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON (hereinafter "Defendant"), hereby stipulate and agree as follows:

1. JOHN FINKEN and KAREN FINKEN filed a Class Action Complaint on February 16, 2018.

2. KELLER WILLIAMS REALTY, INC.'s response date to Plaintiff's Class Action Complaint is currently due on April 2, 2018.

3. The Parties hereby agree to extend the due date of KELLER WILLIAMS REALTY, INC'S response date to Plaintiff's Class Action Complaint to May 4, 2018.

HOLLEY·DRIGGS·WALCH
FINE·WRAY·PUZEY·THOMPSON
HDW

This Stipulation is not brought for the purpose of delay and counsel hereby certifies this Stipulation is made with the knowledge and consent of their clients.

| *Attorney for JOHN FINKEN AND KAREN FINKEN* | *Attorney for KELLER WILLIAMS REALTY, INC.* |
|---|---|
| /s/ Patrick H. Peluso<br>Patrick H. Peluso<br>3900 E Mexico Avenue, Suite 300<br>Denver, Colorado 80210<br>720-213-0676<br>ppeluso@woodrowpeluso.com<br>Dated this 29th day of March, 2018 | /S/ MICHAEL R. AYERS, ESQ<br>MICHAEL R. AYERS, ESQ.<br>Nevada Bar No. 10851<br>HOLLEY, DRIGGS, WALCH, FINE, WRAY PUZEY & THOMPSON<br>800 S. Meadows Parkway, Suite 800<br>Reno, NV 89521<br>Dated this _____ day of _____, 2018 |

**ORDER**

IT IS SO ORDERED.

DATED this 30th day of __March__, 2018.

_____
UNITED STATES MAGISTRATE JUDGE